UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.G., individual and on behalf of the minor child, A.D., <br><br>                              Plaintiff, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br>                              Defendant. | No. 1:23-cv-06838 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The parties informed the Court that they have reached a settlement agreement and have stipulated to dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  ECF No. 32.  Accordingly, the case is dismissed with prejudice. The Clerk of Court is respectfully directed to CLOSE the case.

Dated:  June 28, 2024
        New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1